**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DEDICATED NURSING ASSOCIATES,**
**INC.,**

      **Plaintiff,**

      v.

      **Civil Action 2:25-cv-236**
      **Magistrate Judge Chelsey M. Vascura**

**BUCKEYE FOREST AT AKRON LLC,**
*et al.*,

      **Defendants.**

## <u>ORDER</u>

This matter is before the Court on Defendants' Motion to Seal. (ECF No. 42.) In that Motion, Defendants seek to shield from public disclosure certain information that they redacted from an Operations Transfer and Surrender Agreement ("OTSA") before they filed it as an Exhibit to their Answer and Motion to Dismiss. (ECF Nos. 20–1, 26–3.)

The Court has reviewed the Motion to Seal while mindful of its "independent obligation, which exists regardless of any agreement or disagreement among the parties, to determine whether sealing is warranted." *Frohn v. Globe Life & Accident Ins. Co.*, No. 1:19-CV-713, 2022 WL 1555104, at *1 (S.D. Ohio May 17, 2022) (citing *Proctor & Gamble Co. v. Ranir, LLC*, No. 1:17-cv-185, 2017 WL 3537195, at *2 (S.D. Ohio Aug. 17, 2017)). Consistent with that obligation, the Court finds it appropriate to conduct an *in camera* review of the OTSA before ruling on Defendants' Motion.

Accordingly, Defendants are **DIRECTED** to submit to Chambers, within **SEVEN DAYS** of the date of this Order, an unredacted copy of the OTSA unless they have filed an unredacted

version of it on the public docket in the interim. That submission may be made via email to

Vascura_Chambers@ohsd.uscourts.gov.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE